1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KENTRELL WILLIAMS,

             Plaintiff,

   vs.

ADAMS, et al.,

             Defendants.

**1:19-cv-01058-DAD-GSA-PC**

**ORDER GRANTING DEFENDANTS'
MOTION FOR RELIEF FROM ORDER
REQUIRING PERSONAL ATTENDANCE
AT SETTLEMENT CONFERENCE**

**(ECF No. 28.)**

      On April 6, 2022, the Court issued an order setting this case for a settlement conference on May 23, 2022, at 10:30 a.m., before Magistrate Judge Erica P. Grosjean.  The Court's order informed the parties that absent permission by the Court, the individual parties were required to be present at the settlement conference.  On May 2, 2022, Defendants Busby, Kendrick, and Sherman ("Defendants") filed a motion to be excused from personally attending the settlement conference.  (ECF No. 28.)

      Defendants argue that good cause exists to excuse them from personally attending the settlement conference because they will not have any settlement authority, a representative from

1

the California Department of Corrections and Rehabilitation ("CDCR") will be available at the conference, and Defendants' Answer to the Complaint, in which they deny knowledge of any incidents involving Plaintiff, is already before the Court.  Defendants also argue that requiring individual Defendants to attend will cause CDCR to relieve them from their usual duties during the conference while continuing to compensate them, and to hire a replacement while they are absent, resulting in additional expense to CDCR.

The Court finds good cause to grant Defendants' motion.  Defendants shall not be required to personally attend the settlement conference for this case on May 23, 2022.  However, the Court reserves the right to compel Defendants' attendance at a subsequent conference if it appears that settlement is hindered by their lack of participation.

Therefore, based on the foregoing, IT IS HEREBY ORDERED that:

1.      Defendants' motion to be excused from personally attending the settlement conference for this case on May 23, 2022, is granted;

2.      However, the Court reserves the right to compel Defendants' attendance at a subsequent conference if it appears that settlement is hindered by their lack of participation.

IT IS SO ORDERED.

Dated:   **May 3, 2022**                          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2