| | |
|---|---|
| KENTRELL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ADAMS, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-01058-ADA-GSA-PC<br><br>ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS IN FULL AND GRANTING DEFENDANT CDCR'S MOTION TO DISMISS<br><br>(ECF Nos. 24, 37, 38.) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Kentrell Williams ("Plaintiff") is proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 3, 2022, amended findings and recommendations were entered, recommending that Defendant California Department of Corrections and Rehabilitation's ("Defendant" or "CDCR") unopposed motion to dismiss be granted, without leave to amend. (ECF No. 38.) The parties were provided an opportunity to file objections to the findings and recommendations within fourteen (14) days. (*Id.*) No party filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

Accordingly,

1. The Amended Findings and Recommendations issued by the Magistrate Judge on August 3, 2022, (ECF No. 38), are ADOPTED in full;
2. Defendant's motion to dismiss, (ECF No. 24), is GRANTED;
3. Defendant CDCR is DISMISSED from this case, without leave to amend;
4. The Clerk of Court is directed to reflect on the docket that Defendant CDCR is dismissed from this case;
5. This case now proceeds with Plaintiff's Second Amended Complaint filed on November 3, 2021, (ECF No. 16), against the remaining defendants; and
6. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 5, 2022

_____
UNITED STATES DISTRICT JUDGE