UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ADAMS, et al.,<br><br>　　　　　Defendants. | **1:19-cv-01058-ADA-GSA-PC**<br><br>**ORDER GIVING FULL EFFECT TO JOINT STIPULATION TO FILE THIRD AMENDED COMPLAINT**<br>**(ECF No. 43.)**<br><br>**ORDER FOR CLERK TO FILE THIRD AMENDED COMPLAINT**<br>**(ECF No. 43-2.)** |

　　　　Kentrell Williams ("Plaintiff") is proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Second Amended Complaint filed on November 3, 2021, against defendants Correctional Officer (C/O) Kendricks, C/O Sherwood, and C/O Busby (collectively, "Defendants"). (ECF No. 16.)

　　　　On October 5, 2022, a stipulation to file a Third Amended Complaint was filed with the Court containing the signatures of counsel for Plaintiff and Defendants. (ECF No. 43.) The stipulation states that counsel for the parties have conferred regarding a discrepancy in the Second Amended Complaint as to the date of injury; the parties agreed that Plaintiff shall amend the complaint for the limited purpose of changing the identified date of injury from January 17, 2019, to the correct date of January 2, 2019, removing CDCR as a named defendant, correcting Defendant

1  "Kendricks" to "Kendrick," and identifying Defendant Busby as "Officer Busby" as indicated in
2  discovery that has been exchanged thus far in the case. The parties also stipulated that Plaintiff shall
3  not add any new claims or parties, that Defendants Kendrick, Sherwood, and Busby need not file a
4  responsive pleading to Plaintiff's Third Amended Complaint, and that Defendants' Answer to the
5  Second Amended Complaint filed April 1, 2022, shall remain operative.  The parties have
6  submitted a proposed Third Amended Complaint.  (ECF No. 43-2.)

7  Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's
8  pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one
9  to which a responsive pleading is required, 21 days after service of a responsive pleading or 21
10 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.  Fed. R. Civ. P.
11 15(a)(1). Otherwise, a party may amend its pleading only with the opposing party's written consent
12 or the court's leave, and the court should freely give leave when justice so requires. Fed. R. Civ.
13 P. 15(a)(2).  Here, Defendants have stipulated in writing to the filing of a Third Amended
14 Complaint.  Therefore, the Court shall give full force and effect to the joint stipulation to file a
15 Third Amended Complaint.

16  Based on the foregoing, **IT IS HEREBY ORDERED** that:

17  1. The parties' joint stipulation to file a Third Amended Complaint, filed on October
18  5, 2022, is given full force and effect; and

19  2. The Clerk of Court is directed to file Plaintiff's Third Amended Complaint
20  submitted on October 5, 2022 (ECF No. 43-2).

21
22  IT IS SO ORDERED.

23  Dated:   **October 11, 2022**              **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE