# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENTRELL WILLIAMS,<br><br>    Plaintiff,<br><br> vs.<br><br>ADAMS, et al.,<br><br>    Defendants. | 1:19-cv-01058-ADA-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME UNTIL MARCH 5, 2023, IN WHICH TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF No. 50.)**<br><br>**ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION UNTIL 20 DAYS AFTER THE OPPOSITION IS FILED**<br><br>**ORDER GRANTING PARTIES LEAVE TO CONDUCT LIMITED-PURPOSE DISCOVERY ON THE ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES PENDING THE PARTIES' DEADLINES TO FILE THEIR OPPOSITION AND REPLY** |

  Kentrell Williams ("Plaintiff") is proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.

  On December 5, 2022, the court issued an order granting Plaintiff's request for a 90-day extension of time in which to file an opposition to Defendants' motion for summary judgment. (ECF No. 49.) The court also granted the parties leave to conduct limited discovery on the issue of exhaustion of administrative remedies. (Id.)

On December 30, 2022, Plaintiff filed a request for an extension of time until March 5, 2023, in which to file his opposition to Defendants' motion for summary judgment. (ECF No. 50.) Plaintiff also requested an extension of time to conduct limited discovery.

Plaintiff has shown good cause for the Court to grant him an extension of time. Therefore, Plaintiff's request for an extension of time until March 5, 2023, to file an opposition to Defendants' motion for summary judgment shall be granted, and Defendants shall be granted an extension of time to file a reply to the opposition until 20 days after the date of filing of Plaintiff's opposition. Pending the parties' deadlines to file their opposition and reply, the parties may conduct limited-purpose discovery on the issue of exhaustion of administrative remedies.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for an extension of time, filed on December 30, 2022, is GRANTED;
2. Plaintiff is granted an extension of time until March 5, 2023 in which to file an opposition to Defendants' motion for summary judgment;
3. Defendants are granted an extension of time to file a reply to Plaintiff's opposition, until 20 days from the date of filing of the opposition;
4. Pending the parties' deadlines to file their opposition and reply, the parties may conduct limited-purpose discovery on the issue of exhaustion of administrative remedies; and
5. If needed, the Court shall issue a new scheduling order after resolution of the motion for summary judgment.

IT IS SO ORDERED.

Dated: **January 5, 2023**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE