# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>ADAMS, et al.,<br><br>          Defendants. | Case No. 1:19-cv-01058-KES-GSA<br><br>ORDER TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED AND DIRECTING COUNSEL TO FILE CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT<br><br>**JUNE 17, 2025, 12:00P.M. DEADLINE** |

This matter was referred to the undersigned for a settlement conference. On May 30, 2025, the Honorable Gary S. Austin issued an order of referral for settlement conference along with procedural directions, which included that "the parties shall each submit a confidential settlement conference statement to Judge Boone . . . to **arrive** by **June 11, 2025**." (ECF No. 70.) Plaintiff, who is represented by counsel, has failed to comply with this order.

Accordingly, Plaintiff is HEREBY ORDERED to show cause, in writing, why he has failed to comply with a court order and why monetary sanctions should not be imposed. IT IS FURTHER ORDERED that Plaintiff shall have through **12:00 p.m. on June 17, 2025**, to submit his confidential settlement conference statement with the Court.

IT IS SO ORDERED.

Dated:  **June 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge