# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01058-KES-GSA<br><br>ORDER DISCHARGING JUNE 17, 2025 ORDER TO SHOW CAUSE<br><br>(ECF No. 73) |

This matter was scheduled for a settlement conference to occur on June 18, 2025, and Plaintiff failed to timely file his confidential settlement statement, as required by court order. (ECF No. 70.) On June 17, 2025, the Court issued an order to show cause requiring Plaintiff to show cause as to why he had not filed his confidential settlement statement and why monetary sanctions should not be imposed. (ECF No. 73.) Plaintiff immediately complied with filing his confidential settlement statement. And on June 18, 2025, Plaintiff filed his response to the order to show cause. (ECF No. 75.) Upon review on the response, and in light of Plaintiff filing his statement, the Court finds good cause to discharge its June 17, 2025 order to show cause.

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court HEREBY DISCHARGES the June 17, 2025 order to show cause. (ECF No. 73.)

IT IS SO ORDERED.

Dated: **June 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2