# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIAMS, | No.  1:19-cv-01058-KES-FRS (BAM) (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXEMPTION FROM ELECTRONIC FILING REQUIREMENT PURSUANT TO LOCAL RULE 138(d) (ECF No. 82) |
| v. | |
| ADAMS, *et al.*, | |
| Defendants. | ORDER DIRECTING PLAINTIFF TO SUBMIT EXHIBITS BY EMAIL AND IN PAPER FORMAT |
| | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Kentrell Williams ("Plaintiff") is a state prisoner proceeding in forma pauperis and through counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's third amended complaint against Defendants Kendrick, Sherwood, and Busby for claims of cruel and unusual punishment under the Eighth Amendment alleging excessive force, deliberate indifference to medical needs, and failure to intervene.  (ECF No. 45.)

On October 3, 2025, this action was reassigned from Magistrate Judge Gary S. Austin to the undersigned for all further proceedings.  (ECF No. 79.)  On January 6, 2026, this action was reassigned to Fresno Magistrate Judge (FRS) until such time as a new magistrate judge is appointed, and temporarily referred to the undersigned.  (ECF No. 80.)

Pending before the Court is Defendants' motion for summary judgment, filed October 31, 2022.  (ECF No. 46.)  Plaintiff filed an opposition on July 30, 2023, and Defendant filed a reply on September 7, 2023.  (ECF Nos. 60, 64.)  The motion is fully briefed.

In preparing to address the motion for summary judgment, the Court was unable to locate a number of exhibits apparently lodged in paper in support of Plaintiff's opposition brief.

1

Accordingly, on February 23, 2026, the Court directed Plaintiff to, within fourteen days:

   a. File Exhibits 1–7, as described in ECF No. 60-2, as a "Supplement to Plaintiff's Opposition to Defendants' Motion for Summary Judgment," in compliance with Local Rule 138(c)(1), or file an application for an exemption in compliance with Local Rule 138(d); and
   b. Email an electronic copy of Exhibit 8, as described in ECF No. 60-2, including all exhibits referenced therein, to: bamorders@caed.uscourts.gov; and

(ECF No. 81.)  Plaintiff's exhibits were therefore due on or before March 9, 2026.

Plaintiff's counsel emailed Exhibit 8 and the exhibits referenced therein to the Court on March 6, 2026.

Currently before the Court is Plaintiff's application for exemption from electronic filing requirement pursuant to Local Rule 138(d), filed March 9, 2026.  (ECF No. 82.)  Plaintiff's counsel declares that at the time Plaintiff's opposition brief was originally filed in 2023, counsel was unable to file the exhibits due to technical issues with the Court's filing system that could not be solved despite counsel's best efforts in reformatting the document.  Counsel conferred with the Court's Clerk extensively on this issue, and eventually reached the conclusion with the Clerk that the only way for the Court to receive the exhibits was to lodge physical copies with the Court.  On February 23, 2026, Plaintiff's counsel received the Court's order bringing to his attention for the first time the aforementioned issues with Plaintiff's exhibits.  Counsel complied with the Court's order by emailing Exhibit 8 and the exhibits referenced therein to the Court on March 6, 2026.  The Court's filing system was down for maintenance from March 7 to March 8, and counsel resumed his efforts to electronically file Exhibits 1–7 on March 9.  Counsel was unable to file the documents, and then recalled the issues from 2023 that led to the original filing of physical copies of the exhibits.  After attempting to contact the courtroom deputy by phone and leaving a voicemail, counsel filed the instant application to notify the Court of his genuine efforts to comply with the Court's order.  Plaintiff's counsel declares that Defendants will not be prejudiced, as they have long-been served with the exhibits.  Plaintiff requests that the Court permit him to mail to the Court physical copies of the exhibits for consideration in ruling on the motion for summary judgment.  Counsel declares that Plaintiff would suffer grave prejudice and

Case 1:19-cv-01058-KES-FJS   Document 83   Filed 03/10/26   Page 3 of 3

injustice if this technical problem prevented the Court from receiving all of the materials necessary to ruling on the motion.  If the application is granted, Plaintiff's counsel will immediately dispatch the documents to the Court by email or any physical mail service preferred by the Court.  (*Id.*)

Defendants have not yet had the opportunity to file a response, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Plaintiff's request is untimely pursuant to Local Rule 138(d), which provides that any application for an exemption from the electronic submission requirement "must be filed no less than seven (7) days before the date the filing is due."  Plaintiff's counsel has not provided an explanation for the late-filed request.  Nevertheless, in light of the lack of prejudice to Defendants, who apparently received copies of the exhibits contemporaneously with the filing of Plaintiff's opposition brief, and the significant prejudice Plaintiff would suffer if the exhibits were not considered, the Court finds it appropriate to grant the request for exemption from the electronic submission requirement.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Within **fourteen (14) days** from the date of service of this order, Plaintiff SHALL:

    a.  Submit Exhibits 1–7, as described in ECF No. 60-2, in paper format, <u>in compliance with all requirements of Local Rule 138(d)</u>; **and**

    b.  Email an electronic copy of Exhibits 1–7, as described in ECF No. 60-2, to: bamorders@caed.uscourts.gov; and

2.  **Failure to submit the above-referenced exhibits in compliance with this order will result in consideration of the motion for summary judgment based on the current record before the Court.**

IT IS SO ORDERED.

Dated:   **March 10, 2026**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE