UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIAMS,<br><br>               Plaintiff,<br><br>     v.<br><br>ADAMS, *et al.*,<br><br>               Defendants. | Case No. 1:19-cv-01058-KES-FJS (PC)<br><br>ORDER SETTING SETTLEMENT<br>CONFERENCE AND STAYING CASE<br><br>Hearing:   Settlement Conference<br>Date:      June 25, 2026<br>Time:      9:30 a.m.<br>Judge:    Stanley A. Boone<br>Location: via Zoom Videoconference |

Plaintiff Kentrell Williams ("Plaintiff") is a state prisoner proceeding *in forma pauperis* and through counsel in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's third amended complaint against Defendants Kendrick, Sherwood, and Busby ("Defendants") for claims of cruel and unusual punishment under the Eighth Amendment alleging excessive force, deliberate indifference to medical needs, and failure to intervene. (ECF No. 45.) Pending before the Court is Defendants' motion for summary judgment, filed October 31, 2022. (ECF No. 46.)

This case was previously referred to Magistrate Judge Stanley A. Boone for a settlement conference on June 18, 2025. The case did not settle. (ECF No. 76.) The parties have requested that this matter be set for a further settlement conference. Therefore, this case is referred to Magistrate Judge Boone to conduct a video settlement conference, via the Zoom videoconferencing application,

1

on June 25, 2026, at 9:30 a.m.

Counsel shall contact Courtroom Deputy Jan Nguyen at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes. Counsel for Plaintiff is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

In light of the parties' prior settlement conference before Judge Boone and in lieu of a settlement conference statement each party shall submit to Judge Boone a confidential brief letter updating the Court on developments since the last proceeding. That letter brief shall arrive at least seven days (one week) prior to the conference.

The Court puts the parties on notice that if Plaintiff has any outstanding criminal restitution obligation, fines and/or penalties, these settlement negotiations shall not be geared towards what the restitution obligation is, but what the value of the case itself is to each side, irrespective of any outstanding restitution obligation.

The parties shall be prepared to negotiate the merits of the case and offer more than a waiver of costs as a reasonable compromise to settle the case. The parties are also informed that an offer of dismissal in exchange for a waiver of costs is not considered good faith settlement negotiations.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is STAYED to allow the parties an opportunity to settle their dispute. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action.

2. This case is set for a video settlement conference, via the Zoom videoconferencing application, before Magistrate Judge Stanley A. Boone on June 25, 2026, at 9:30 a.m. Plaintiff's counsel shall arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to determine whether the institution can accommodate a Zoom video appearance by Plaintiff at this date and time.

3. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend via the Zoom videoconferencing application.

4.  Those in attendance must be prepared to discuss the claims, defenses and damages. The failure or refusal of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions. The manner and timing of Plaintiff's transportation to and from the conference is within the discretion of CDCR.

5.  The parties shall provide a confidential brief letter, updating the Court on developments since the last proceeding, to the following email address: saborders@caed.uscourts.gov. The brief letters shall arrive no later than June 18, 2025. Parties shall also file a Notice of Submission of Confidential Brief Letter. (*See* Local Rule 270(d).) The brief letters should not be filed with the Clerk of the Court nor served on any other party. The brief letters shall be clearly marked "Confidential" with the date and time of the settlement conference indicated prominently thereon.

6.  If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

7.  The parties remain obligated to keep the Court informed of their current address at all times during the stay and while the action is pending. Any change of address must be reported promptly to the Court in a separate document captioned for this case and entitled "Notice of Change of Address." See Local Rule 182(f).

8.  Plaintiff's counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

9.  A failure to follow these procedures may result in the imposition of sanctions by the court.

IT IS SO ORDERED.

Dated:   **April 30, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3