UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIAMS,<br><br>             Plaintiff,<br><br>     v.<br><br>ADAMS, et al.,<br><br>             Defendants. | No. 1:19-cv-01058-KES-FJS (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT SCHEDULED SETTLEMENT CONFERENCE ON JUNE 25, 2026 |

On May 1, 2026, this case was set for a settlement conference before the undersigned on June 25, 2026.  (ECF No. 85.)  On June 25, 2026, when the case was called on calendar, Plaintiff's counsel failed to appear for the scheduled conference.

Accordingly, it is HEREBY ORDERED that on or before **June 26, 2026, at 12:00 p.m.**, Plaintiff shall show cause why sanctions should not be imposed for counsel's failure to appear at the conference, including attorney's fees and costs associated with the appearance of Defendants' counsel at the scheduled settlement conference on June 25, 2026.

IT IS SO ORDERED.

Dated:   **June 25, 2026**                          

STANLEY A. BOONE
United States Magistrate Judge

1