**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENTRELL WILLIAMS, | Case No.: 1:19-cv-01058-KES-FJS (PC) |
| Plaintiff, | |
| v. | ORDER THAT INMATE KENTRELL WILLIAMS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| ADAMS, *et al.*, | |
| Defendants. | |

Plaintiff Kentrell Williams is a state prisoner proceeding *in forma pauperis* and through counsel in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on June 25, 2026. Plaintiff's counsel failed to appear and the conference was concluded. At this time, Inmate Kentrell Williams, CDCR #AM-6519, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **June 25, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge