# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENTRELL WILLIAMS,

Plaintiff,

v.

ADAMS, et al.,

Defendants.

Case No. 1:19-cv-01058-KES-FJS (PC)

ORDER DISCHARGING AUGUST 3, 2026 and AUGUST 27, 2026 ORDERS TO SHOW CAUSE

(ECF Nos. 94, 95)

On August 3, 2026, the Court issued an order to show cause as to why Plaintiff's counsel should not be disbarred from this Court for failing to respond to Court orders. (ECF No. 94.) Plaintiff's counsel failed to respond, and on August 27, 2026, the Court issued a second order to show cause, imposing sanctions in the amount of $1,375.00 for counsel's failure to comply with Court orders. (ECF No. 95.) The Court further ordered Plaintiff's counsel to file a declaration attesting that he has reported these sanctions to the State Bar of California pursuant to California Business and Professions Code § 6068(o)(3). (Id.) Plaintiff's counsel was advised that failure to respond to the Court's August 27, 2026 order to show cause would result in further sanctions, including disbarment from this Court. (Id.) Plaintiff's counsel timely complied with the order to show cause, declaring that he had reported the sanctions to the State Bar of California and paid the sanction. (ECF No. 96.) In light of counsel's response and payment of the sanction, the

Court will discharge both orders to show cause.

Accordingly, IT IS ORDERED that the August 3, 2026 and August 27, 2026 orders to show cause (ECF Nos. 94, 95) are HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge